

FILED

JUN 1 9 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH WAYNE MENARD,<br><br>Defendant. | CR 18-11-BLG-SPW-2<br><br><br><br>ORDER |
|---|---|

Upon the United States' Unopposed Motion to File Plea Agreement Under Seal (Doc. 32), and for good cause shown,

IT IS HEREBY ORDERED that the motion to file the plea agreement under seal is GRANTED.

DATED this 18th day of June, 2018.

SUSAN P. WATTERS
United States District Judge

1